[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13182
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-20104-RLR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ESPERE PIERRE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 5, 2017)

Before HULL, WILSON, and MARTIN, Circuit Judges.

PER CURIAM:

James Gailey, appointed counsel for Espere Pierre, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Pierre's convictions and sentences are **AFFIRMED**.